Timothy A. Chey, Esq
Attorney at Law (State Bar License No. 172096) (In Pro Per)
1420 Victoria St
Suite 804
Honolulu, HI 96825
Telephone: (310) 882 0076; Email: lawofficesoftchey@activist.com

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>DAVID BORSHELL,<br><br>              DEBTOR<br><br>Timothy Chey,<br><br>    Plaintiff<br><br>vs.<br><br>DAVID BORSHELL,<br><br>    DEFENDANT | Chapter 7<br><br>Bankruptcy No. 2:17-bk-21233-BR<br><br>Adversary No. 2:17-AP-21233-BR<br>2:18-AP-01071-BR<br><br>**COMPLAINT TO DETERMINE DISCHARGEBILITY OF DEBT (11 U.S.C. § 523];**<br><br>**STATUS CONFERENCE**<br><br>Date:<br>Time:  [TO BE SET]<br>Courtroom: |

      Plaintiff Timothy Chey ("Plaintiff") complains and alleges against Debtor and Defendant David Borshell ("Defendant") as follows:

**I.     PARTIES, JURISDICTION AND PROCEDURAL BACKGROUND**

Complaint - 1

1. This Court has jurisdiction to hear this matter pursuant to 28 U.S.C. §1334. This matter is a core proceeding over which this Court has jurisdiction under 28 U.S.C. §157(b).

2. This proceeding to determine the dischargeability of an obligation owed to Filmmaker by Defendant pursuant to 11 U.S.C. §523(a)(2)(A) as a result of Defendant obtaining money owed to Filmmaker by outright lying, false pretenses, false representations and actual fraud, on which Plaintiff reasonably relied.

3. Defendant is the debtor in the involuntary Chapter 7 bankruptcy case filed on September 13, 2017, in the United States Bankruptcy Court, Central District of California, and assigned case number 2:17-bk-21233-BR.

4. Filmmaker is owed more than $250,000 from Defendant David Borshell. The exact number cannot be gauged as Mr. Borshell has refused all audits, refuses to answer any of the Filmmaker's emails, and refuses to tell the truth in all circumstances and continues to refuse to tell the truth.

**STATEMENT OF FACTS**

5. Imagine risking your life to make two faith-based films over the course of 3 years in 7 different countries: 'David and Goliath' and 'Final the Rapture'.

6. You give your movies to a con-artist, who stole films from other filmmakers, and didn't tell you he was sued by 5 other filmmakers.

7. The con-artist sells your films and pockets the money that is owed to you.

8. You are then forced to move out of your home because you don't have enough money to pay the rent.

9. <u>This is what Defendant did to the Filmmaker.</u>

10. On or about September 13, 2017, David Borshell ("Borshell") filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code. Filmmaker was not given notice of Borshell's bankruptcy filing, was not listed as a potential creditor of Borshell's

bankruptcy estate (the "Borshell Estate"), and did not learn of Borshell's bankruptcy filing until January 3, 2018.

11. Filmmaker just discovered that Mr. Borshell sold his other film, 'David and Goliath' to Redbox behind his back and pocked the money despite his own attorney telling Filmmaker not to block the vendors from paying Mr. Borshell and that Defendant would pay Filmmaker. Defendant never did.

12. Filmmaker trusted Mr. Borshell and was completely hood-winked and conned. Mr. Borshell never told Filmmaker he was sued by over 5 different filmmakers before turning over his blood, sweat, and tears films to him. And then refused to pay Filmmaker for his two movies that went into Walmart, Netflix, and Redbox.

13. Filmmaker is also filing a criminal complaint against Mr. Borshell with the DA and has already filed a criminal complaint with the FBI for mail fraud.

14. David Borshell has been the Filmmaker's worst nightmare. Borshell stole money from owed to the Filmmaker and pocketed it. Filmmaker, a Harvard and USC alumnus, is one of the top faith-based writer/directors in the U.S. of 12 feature films.

15. Filmmaker risked his life in North Africa shooting "David and Goliath" amidst the chaos of the ISIS. In fact, Filmmaker's film was one of the last international film productions to shoot in Tunisia following two successive terrorist attacks on foreigners this year.

16. **Defendant Borshell refused to pay or give an account for all of the income he received from Walmart, Netflix, Redbox and worldwide sales; he's refused to account for any sales; he's refused to submit to audits; he's been a no-show at scheduled depositions; and he blatantly lied about Redbox rejecting the film when Redbox did indeed carry the film.**

## II. DEFENDANT WAS A MASTER MANIPULATOR AND CUNNING CON ARTIST WHO COMMITTED ASTONISHING AND OUTRIGHT FRAUD

17. On or about February 2015, Filmmaker met with Defendant who was eager to get Filmmaker's two movies.

18. **Defendant never told Filmmaker that he was sued by 5 other filmmakers and planned from the outset to simply steal Filmmaker's movies and use the money to pay himself and his expenses.**

19. Defendant Borshell's attorney, Addison Adams, then assured Filmmaker that Mr. Borshell would pay Filmmaker all that was owed if Filmmaker would drop the suit and tell the vendors to release the money to Mr. Borshell.

20. Filmmaker repeatedly told Mr. Adams that he would only drop the suit and release the hold on the vendors if Mr. Adams would take the checks personally and distribute to the Filmmaker. Mr. Adams then repeatedly stated he didn't have to because he guaranteed Mr. Borshell would pay Filmmaker from the sales from Walmart, Netflix, International sales.

21. Defendant Borshell never did.

22. In fact, Defendant Borshell lied in emails to Filmmaker that Redbox passed on his film when in fact Redbox took the film. Borshell then pocked the money from that sale without paying the Filmmaker.

23. Defendant Borshel refused to allow an audit and refused to answer any further emails from Filmmaker. He was also again a no-show at scheduled deposition hearings.

24. Defendant Borshell has been sued repeatedly by other filmmakers that he did not divulge to Filmmaker.

25. Mr. Borshell repeatedly lied to Filmmaker and told him he would pay as soon as he received the checks from Walmart, Netflix, etc. Could Filmmaker drop the lawsuit. Filmmaker, out of the goodness of his heart, dropped the suit. And Borshell Never Paid.

26. Filmmaker turned down bona-fide offers from distribution companies that made written offers. Filmmaker met with Defendants at their offices for an initial meeting in which the Defendants explained how they would help sell Filmmaker's important films to the

Complaint - 4

international markets, VOD, secular and faith-based markets. Defendants were adamant that they wanted 'world-wide' rights for both films.

27. Defendant Borshell's intention was crystal-clear from the outset – everything was built to protect him from lawsuits as he already ripped off previous filmmakers / distributors before. Only people with seared conciences and a fraudulent character do that. One Defendant practiced reverse-psychology in getting 'mad' at the Filmmaker for a simple inquiry. Defendant Borshell is a veteran of the film distribution shell game and could care less about the filmmaker/artists in the end.

28. In yet another shocking display of <u>fraud and deceit</u>, Walmart shows the Filmmaker's movie, 'Final the Rapture' on its website. Yet in a blatant act of fraud and deceit, Mr. Borshell said Walmart declined to carry it nationwide despite Walmart's own site showing it is available nationwide.

29. From May to October 2016, Filmmaker did not received a single email from Defendant Borshell on the status of both "David and Goliath" and "Final the Rapture". Not a single email about any sales or movement with the film. Again, the reason was simply fraud. He sold Filmmaker's movies and pocketed the money.

30. Filmmaker also believes his two films are now permanently damaged and will seek $35 million in damages from all Defendants and Does 1-10, both personally and corporately.

31. Walmart has since completely taken the film off its website.

32. On or about November 5, 2015, Filmmaker was told by at least three parties at the American Film Market that Defendant's company was 'sued', 'bankrupt', 'dishonest', 'late', or 'never paid' other filmmakers and that these conditions/events happened *before* Filmmaker signed with Defendants.

33. In strict and absolute reliance upon such false promises, inducements, and representations by Defendants, Filmmaker was induced to enter into the Written Agreement and to sign off on 10 years of hard work to bring 'David and Goliath' and 'Final the Rapture' to fruition and 3 years of making the films – only to see it wither and die in front of Filmmaker's very eyes.

## CONCLUSION

WHEREFORE, Plaintiff prays for judgment in their favor as follows:

1. That this Court determine that Defendant's debt to Plaintiff is non-dischargeable in accordance with the provisions of the Bankruptcy Code;
2. That the Court enter Judgment for Plaintiff against Defendant for actual compensatory damages in the sum of $250,000, plus statutory interest;
3. That the Court enter Judgment for Plaintiff against Defendant for punitive damages in an amount subject to proof;
3. That the Court determine any remaining issues; and that Plaintiff have such other and further relief as the Court deems appropriate.

**DATED: March 8, 2018**

BY _timothy chey_
**Timothy Chey, Esq**
**Attorney at Law**
**Pro-Per**
**California State Bar No. 172096**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Timothy A. Chey, Esq**<br>**Attorney at Law (State Bar License No. 172**<br>**(In Pro Per)**<br>**1420 Victoria St**<br>**Suite 804**<br>**Honolulu, HI 96825**<br>**Telephone: (310) 882 0076; Email:**<br>lawofficesoftchey@activist.com |  |
| ☐ Individual *appearing without an attorney*<br>XX☐   *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>**DAVID BORSHELL**<br><br><br><br><br><br>Debtor(s) | CASE NO.: **2:17-bk-21233-BR**<br>CHAPTER: 7<br>**NOTICE OF COMPLAINT OBJECTING TO DEBTORS DISCHARGE (11 U.S.C. SECTION 727)** |
|---|---|

PLEASE TAKE NOTE that the order titled **COMPLAINT OBJECTING TO DEBTORS DISCHARGE (11 U.S.C. SECTION 727)**
was lodged on (*date*) 3.9.18 and is attached. This order relates to the motion which is docket number 64.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                      Page 1                      **F 9021-1.2.BK.NOTICE.LODGMENT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Ian Landsberg
ian@landsberg-law.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____  _____   _____
Date                            Printed Name                                     Signature

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                       Page 2                            F 9021-1.2.BK.NOTICE.LODGMENT